**BASIN, INC.,**
**Plaintiff-Respondent-Appellee,**

v.

**FEDERAL ENERGY ADMINISTRATION et al.,**
**Defendants-Respondents-Appellees,**

**Independent Refiners Association of America, Applicant for Intervenor-Petitioner-Appellant.**

**No. 5–20.**

Temporary Emergency Court of Appeals.

March 7, 1977.

Before INGRAHAM, VAN OOSTERHOUT and JOHNSON, Judges.

ORDER

For the reasons stated in this Court's opinion entered in *Basin, Inc. v. Federal Energy Administration et al.,* Em.App., 1977, 552 F.2d 931, it is ORDERED that the issues presented in this case be and are hereby declared MOOT.